# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2154
LT Case No. 2021-CA-000632

_____

GLEN MCCLARY, MARISOL MCCLARY, JOHN INGRAM, PAM INGRAM, MICHAEL KOVACS, CHELSEA HAMILTON, SAMUEL LIVINGSTON, GWYNN LIVINGSTON, AVONDALE SOGRO, LLC, SALEEBA'S, INC., ROBERT FREEMAN LEE LIVING TRUST, and MORVEN LAKE, LLP,

    Appellants,

    v.

CITY OF JACKSONVILLE, FLORIDA, KATHERINE HYDE, KEVIN EUGENE HYDE, INGLESIDE PROPERTIES, LLC, DCWJ, LLC, LARRY A. SALE, REGISTERED AGENT, LARCH, INC., JANICE NIEMEYER, JOHN GRAYSON MILNE, JANE M. TAYLOR, GAYLE REGISTER BOLTON, JENNIFER BOLTON STAPLETON, LYDIA VEAL, ET AL,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

Maria Soledad Bodero and Glen A. McClary, Jacksonville, for Appellants.

Jason R. Teal, Deputy General Counsel, City of Jacksonville Office of General Counsel, Jacksonville, for Appellee, City of Jacksonville.

No Appearance for Remaining Appellees.

June 23, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____